# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2420
LT Case No. 2022-CF-003432-A

_____

REGINALD AIKENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Ryan Edward McFarland, of Kent & McFarland Attorneys at
Law, Jacksonville, for Appellant.

No Appearance for Appellee.

November 13, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____